UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| **ROBERT BOSCH TOOL CORPORATION.** | |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **DELTA POWER EQUIPMENT CORPORATION,** | |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Robert Bosch Tool Corporation, alleges as follows:

### The Parties

1. Robert Bosch Tool Corporation ("Bosch Tool" or "Plaintiff") is a Delaware limited liability company, with a principal place of business at 1800 West Central Road, Mount Prospect, Illinois 60056.

2. On information and belief,[1] Defendant Delta Power Equipment Corporation ("Delta") is a South Carolina corporation with its principal place of business at 2651 New Cut Road, Spartanburg, South Carolina 29303. Defendant Delta is a fully-owned subsidiary of Chang Type Industrial Co. Ltd. based in Taiwan.

---

[1] Allegations made "on information and belief" will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

## Jurisdiction and Venue

3. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code.

4. The subject matter jurisdiction for this Court is founded upon 28 U.S.C. § 1338 (patents) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400 because Delta resides in this district. Venue is proper in this division because Defendant is headquartered in Spartanburg, South Carolina.

## Background Information

6. Bosch Tool is a leader in the design, manufacture and sale of power tools, rotary and oscillating tools, power tool accessories, laser and optical leveling devices, and range finding tools. Bosch Tool engineers have made numerous innovations in these areas, including innovations related to the subject of this case, miter saws.

7. Bosch Tool sells several miter saw models, including various models of a Dual-Bevel Glide miter saw. One such miter saw, the Bosch GCM12SD, is shown below. The GCM12SD is a Dual-Bevel Glide miter saw with articulated hinge arms (circled in red) which allow an operator to extend and retract the saw blade during a cutting operation.



8.      Bosch Tool seeks to protect its innovation in its miter saws and other products by obtaining patents for its novel and non-obvious advances in the art.

9.      On April 17, 2005, Bosch Tool filed a provisional patent application covering a new miter saw design. On April 16, 2016, Bosch Tool filed a non-provisional application published as number US2016/0303666. An image of its new miter saw design is reproduced below:



## The Patent-in-Suit

10. Based on these applications, the U.S. Patent Office issued U.S. Patent No. 10,207,345 ("the '345 Patent" or "Asserted Patent") on February 17, 2019. *See* **Exhibit A**. The title of the '345 Patent is "Miter Saw Having An Angled Glide Hinge."

11. The '345 Patent is valid and enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

12. Bosch Tool is the owner of all right, title, and interest in the '345 Patent.

13. Delta does not have any license, authorization, consent, or permission from Bosch Tool to manufacture, use, offer to sell, or sell any product embodying the subject matter of any claim of the '345 Patent.

## The Accused Devices

14. Plaintiff incorporates and realleges the preceding paragraphs.

15. Defendant sells dual bevel miter saws under the name "Delta CRUZER," including at least model numbers 26-2240 (10-inch size) and 26-2250/26-2251 (12-inch size) and other similar saws ("the Accused Devices").

16. Upon information and belief, the Accused Devices miter saws were introduced and specifically designed to compete with the miter saws from Bosch Tool.

17. The Accused Devices compete in the marketplace with miter saws from Bosch Tool including the Bosch GCM12SD discussed above in paragraph 7.

18. A picture of one of the Accused Devices (namely the 26-2240) is shown below, which can be found on Defendant's website: https://deltamachinery.com/cruzer/



19. A YouTube video published by Delta Power Equipment (https://www.youtube.com/watch?v=dqUMAVSiVjA) advertises its hinged arms as "robotic arms with 12 individual bearings for incredible accuracy and smoothness."

20. The video also shows the hinged arms in action, allowing the saw blade to move linearly during the cutting of a workpiece:



21. Upon information and belief, Defendant had knowledge of the US2016/0303666 publication prior to issuance of the '345 Patent as well as the '345 Patent when it was issued.

22. Defendant was aware of the '345 Patent at least as early as March 12, 2020, when it was formally notified regarding its infringement of the '345 Patent.

23. Thereafter, Defendant continued to willfully infringe the '345 Patent as described below.

5

**COUNT I – Infringement of the '345 Patent**

24. Plaintiff incorporates and realleges the preceding paragraphs.

25. Defendant has infringed and is continuing to infringe, (literally and/or under the doctrine of equivalents) at least claim 1 of the '345 Patent by making, offering for sale or use, and/or selling, distributing, importing, promoting or providing for use by others in this district and elsewhere in the United States, products including but not limited to the Accused Devices.

26. The Accused Devices have a hinged arm connecting the saw blade to the table. The hinged arm that includes the linkage on the Accused Devices is circled in red below:



27. An infringement chart illustrating how the Delta Cruzer miter saw infringes claim 1 of the '345 Patent is attached **Exhibit B.**

28. Defendant was aware of the '345 Patent.

29. Defendant was specifically notified of infringement of the '345 Patent.

30. Defendant has known of the existence of the '345 Patent and its infringement therefore. Accordingly, its acts of infringement have been willful and in disregard for the '345 Patent, without any reasonable basis for believing that it had a right to engage in the infringing conduct. On information and belief, Defendant sells the Accused Devices to hardware retailers

with the intention that such Accused Devices will be placed on the same shelves immediately adjacent to Bosch Tool's miter saws.

31.     Bosch Tool has suffered damages as a result of the infringing activities of the Defendant and will continue to suffer such damages as long as those infringing activities continue.

32.     Plaintiff has no adequate remedy at law.  Plaintiff has been irreparably harmed, by the Defendant's infringing conduct and such harm will continue unless Defendant is enjoined from further infringement by this Court.

## **Demand for Relief**

WHEREFORE, Plaintiff requests entry of judgment against Defendant as follows:

A.     Finding Defendant liable to Plaintiff for infringement of the '345 Patent under 35 U.S.C. §271;

B.     Awarding Plaintiff damages adequate to compensate for such infringement;

C.     Increasing the damages up to three times, under authority of 35 U.S.C. §284;

D.     Finding the case "exceptional," under 35 U.S.C. §285, and awarding Plaintiff its costs, including reasonable attorney's fees;

E.     Preliminarily and permanently enjoining Defendant, its officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with it who receive actual notice of the injunction, from further infringement of the '345 Patent; and

F.     Granting such other, further and different relief as may be just and equitable on the proofs.

## **Demand for Jury Trial**

Plaintiff demands a trial by jury for all issues so triable.

Respectfully submitted,

s/ Sarah Sloan Batson
Sarah Sloan Batson (Fed. ID # 10849)
NEXSEN PRUET, LLC
104 South Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
PHONE:  864.282.1113
FAX:  864.282.1177
sbatson@nexsenpruet.com

Marc Lorelli (MI Bar # P63156)
   (*pro hac vice* motion forthcoming)
John P. Rondini (MI Bar # P72254)
   (*pro hac vice* motion forthcoming)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
PHONE: 248.358.4400
FAX: 248.358.3351
Email:  mlorelli@brookskushman.com
            jrondini@brookskushman.com

*ATTORNEYS FOR PLAINTIFF*

July 14, 2021