# EXHIBIT B

# Infringement Chart
# with Respect to U.S. Patent No. 10,207,345

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| **[1.0]** A motorized saw assembly comprising: | The Delta Cruzer is a motorized saw assembly and includes a "power switch" for activating the miter saw:<br><br>14. **Power Switch and Power Lockout:** This saw is activated by an easy to use, hand operated, power switch. When not in use the saw should be disconnected from the power supply and locked using a padlock inserted through the lockout hole located on the power switch.<br><br>**(Delta Cruzer Owner's Manual, pg. 8.)** |
| **[1.1]** a base assembly including a workpiece support surface which defines a workpiece surface plane; | The Delta Cruzer includes a workpiece support surface which includes a workpiece surface plane (highlighted in green below).<br><br>**(Delta Cruzer Owner's Manual, pg. 10.)**<br><br>The workpiece surface plane (highlighted in green above) is where the wood piece sits in the below photograph. |

2

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
|  |  |
| [1.2] an upper support assembly configured to support a saw blade; | The Delta Cruzer saw includes an upper support assembly that carries a saw blade. |

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| **[1.3]** a hinge assembly including a first linkage assembly and a second linkage assembly, | The Delta Cruzer saw include a first and second linkage assembly as shown below.<br><br>A top view of the linkage assembly of the Delta Cruzer is provided on the left below and the corresponding top view of the '345 Patent is provided below on the right which the hinge assembly displayed at the top of the figure. |

4

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| [1.4] the first linkage assembly including a first rear linkage having a first rear linkage body portion and a first front linkage having a first front linkage body portion, the first front linkage pivotably connected to the first rear linkage, and the second linkage assembly including a second rear linkage having a second rear linkage body portion and a second front linkage having a second front linkage body portion, the second front linkage pivotably connected to the second rear linkage, | The exact linakge assembly claimed is present in the Delta Cruzer miter saw.<br><br>[Figure: Diagram showing First rear linkage with first rear linkage body portion (green), Second rear linkage with second rear linkage body portion (blue), First front linkage with first front linkage body portion (red), Second front linkage with second front linkage body portion (yellow)]<br><br>The first/second front linkage are described by Delta as the "front axial glide" right/left (Part Nos. 114-115 below). The first/second rear linkage are described by Delta as the "rear axial glide" right/left (Part Nos. 116-117 below). The front/rear axial glides are "pivotably connected" to the front/rear axial glides by a hinge connection (see, e.g.,. Part Nos. 118-119). |

5

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
|  | (Delta Cruzer Service Parts Manual) |
| **[1.5]** wherein the upper support assembly is configured to move between a first position, | Delta Cruzer in "first position" (i.e., retracted or full rearward position): |

6

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| **[1.6]** whereat the first linkage assembly and the second linkage assembly extend substantially perpendicular to the workpiece surface plane, and | In the retracted position, the first linkage assembly extends (red) substantially perpendicular to the workpiece surface pane (shown in green). The second linkage assembly extents in a similar manner. A photograph fo the Delta Cruzer saw is shown on the left below and the corresponding side view of the '345 Patent is provided on the right below. |
| **[1.7]** a second position, whereat the first linkage assembly and the second linkage assembly extend over the workpiece support surface, | The Delta Cruzer include a "second position" (i.e., forward cutting position): |

7

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| [1.8] wherein, in the first position, the first rear linkage body portion and the second rear linkage body portion extend in a first plane that is perpendicular to the workpiece surface plane, and the first front linkage body portion and the second front linkage body portion extend in a second plane that is perpendicular to the workpiece surface plane, | In the retracted position, rear linkages (highlighted in blue) extend in a first plane (red line that extends outward from picture) that is perpendicular to the workpiece surface plane (shown in green).<br><br>In the retracted position, front linkages (highlighted in yellow) extend in a second plane (purple line that extends outward from picture) that is perpendicular to the workpiece surface plane (shown in green). |

8

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| **[1.9]** wherein the first front linkage and the first rear linkage pivot in a third plane that is transverse to the workpiece surface plane, | The first front/rear linkages extend in "third plane" transverse to the workiece surface plane. A photgraph fo the Delta Cruzer saw is shown on the left below and the corresponding side view of the '345 Patent is provided on the right below. The planes are present along the lines presented into and out of the images.<br><br>The '345 Specification explains further: "The connection pins 256, 318 and 376 are all arranged generally normal to plane 440 (FIGS. 4 and 10), which is at an angle of approximately 45 degrees relative to the plane of the saw blade 120. Likewise, the connection pins 26, 320, 380 are all arranged generally normal to plane 444, which is at an angle of approximately 45 degrees relative to the plane of the saw blade 120 in the opposite direction as plane 440. As such, the first linkages can only pivot in plane 440, which the second linkages 244, 304 can only pivot in plane 444. As a result, hinge assembly 108 permits movement of the upper support assembly 112 and the saw blade 120 only along a linear path along the line of intersection 448 of the plans 440, 444. Consequently, the hinge assembly 108 enables linear movement of the upport support assembly 112, while disabling all other movement of the upper support assembly." (col. 8, ll. 24-39.) |

9

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| [1.10] the first front linkage having a first longitudinal axis extending centrally from a first end of the first front linkage to a second opposite end of the first front linkage at which the first front linkage connects to the first rear linkage, the first rear linkage having a second longitudinal axis extending centrally from a first end of the first rear linkage, at which the first rear linkage connects to the first front linkage, to a second opposite end of the first rear linkage, and both the first and second longitudinal axes are entirely in the third plane, and | The Delta Cruzer miter saw includes the longitudinal axis of the first front linkage and the longitudinal axis of the first rear linkage to be in the same plane, the claimed third plane.<br><br>The "first" linkage assembly is presented on the left of the miter saw as you look at it from the saw side. The "second" linkage assembly is on the right side and not highligthed above, but is opposite from the "first" linkage assembly and symmetrical. |
| [1.11] wherein the second front linkage and the second rear linkage pivot in a fourth plane that is transverse to the workpiece surface plane, | The analysis is similar to limitation [1.9] above. Limitation [1.11] is directed to the opposite set of linkages. |

**Bosch Tool Preliminary Infringement Contentions**

| Claim Element of the '345 Patent | Delta Cruzer miter saw |
|---|---|
| **[1.12]** the second front linkage having a third longitudinal axis extending centrally from a first end of the second front linkage to a second opposite end of the second front linkage at which the second front linkage connects to the second rear linkage, <br><br> the second rear linkage having a fourth longitudinal axis extending centrally from a first end of the second rear linkage, at which the second rear linkage connects to the second front linkage, to a second opposite end of the second rear linkage, and <br><br> both the third and fourth longitudinal axes are entirely in the fourth plane | The analysis is similar to limitation **[1.10]** above. Limitation **[1.12]** is directed to the opposite set of linkages. |
| **[6]** The motorized saw assembly of claim 1, wherein the third plane is arranged at an angle of between 40 degrees and 60 degrees relative to the workpiece surface plane, and the fourth plane is arranged at an angle of between approximately 30 degrees and 60 degrees relative to the workpiece surface plane. | The third and fourth planes are at 45 degrees relative to the workpiece surface. The "third plane" going in and out of the image is shown below by the red line |

11